TODD BLANCHE
Acting Attorney General of the United States Attorney
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
NICOLE R. LEIBOW
Assistant United States Attorney
Nevada Bar No. 16386
501 South Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Nicole.Leibow@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Eric Alberto Covarrubias-Gutierrez,<br><br>Plaintiffs,<br><br>v.<br><br>Joseph B. Edlow, Director, U.S. Citizenship and Immigration Services; Markwayne Mullin, Secretary, U.S. Department of Homeland Security; *et al.*,<br><br>Defendants. | Case No. 2:26-cv-00649-JCM-BNW<br><br>**Stipulation Remanding Case to United States Citizenship and Immigration Services, Pursuant to 8 U.S.C. § 1447(b)** |

Plaintiff Eric Alberto Covarrubias-Gutierrez ("Plaintiff") commenced an action pursuant to 8 U.S.C. § 1447(b), requesting this Court to adjudicate his application for naturalization that was pending before the United States Citizenship and Immigration Services ("USCIS" or "the agency") for more than 120 days after Plaintiff had been interviewed. USCIS is now prepared to resolve this matter by adjudicating Plaintiff's application for naturalization. However, USCIS cannot adjudicate the application until the Court remands the matter to the agency. *See* 8 U.S.C. § 1447(b) (explaining that the district court "may remand [a Section 1447(b) case], with appropriate instructions, to [USCIS]"), *United States v. Hovsepiam*, 359 F.3d 1144, 1160 (9th Circuit) (accord)

Accordingly, subject to the Court's approval and pursuant to LR IA 6-2, it is hereby stipulated that:

1. The Court shall remand this case to the Las Vegas Field Office of USCIS, directing the agency to take all necessary actions and issue a decision on Plaintiff's application for naturalization within 120-days of the remand, absent unforeseen circumstances.

2. Each of the parties shall bear its own fees and costs.

Respectfully submitted this 27th day of April 2026.

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Edgar Flores*
EDGAR FLORES, ESQ.
4811 West Desert Inn Road, Suite B
Las Vegas, Nevada 89102
Phone: 702-474-7777
*Attorney for Plaintiff*

*/s/ Nicole Leibow*
NICOLE R. LEIBOW
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite1100
Las Vegas, Nevada 89101
*Attorneys for Federal Defendants*

**IT IS SO ORDERED:**

**U.S. DISTRICT COURT JUDGE**

**DATED:** April 29, 2026

2